**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FELIX ANTONIO HERNANDEZ-BERRIOS,

Petitioner,

v.

WARDEN-FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, *et al.*,

Respondents.

Case No. ED CV 26-04470-DMG (PD)

**JUDGMENT**

**A# 220-585-989**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted in part. The procedural due process claim is granted, and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: October 2, 2026

Dolly M. Gee

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE